IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:14CR3138 |
| v. | ) | |
| NICOLE RENEE CONTRERAS, | ) | ORDER |
| Defendant. | ) | |

The probation office has advised me that Ms. Contreras is not entitled to release since she was sentenced to the mandatory minimum and because her offense level was calculated using the drug quantity table implemented by Amendment 782. As a result,

IT IS ORDERED that the motion to reduce sentence (filing no. 150) is denied. The Federal Public Defender is herewith given leave to withdraw and shall have no further obligation in this matter effective as of today.

DATED this 10th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge